**FILED**

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | No. C 10-05917 JF (PR) |
| Plaintiff, | ORDER GRANTING THIRD EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| ARTHUR F. MAJOR, et al., | |
| Defendants. | |

Plaintiff, a California inmate currently incarcerated at the San Quentin State Prison ("SQSP"), filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983. On April 27, 2011, the Court dismissed the complaint with leave to amend. (Docket No. 7.) Plaintiff was thereafter granted two extensions of time to file an amended complaint, the last deadline being August 10, 2011. (Docket No. 11.)

In a letter dated August 5, 2011, Plaintiff alleges that during a review of his legal property on July 13, 2011, he discovered that he was missing several eyewitness declarations regarding the incidents which are the subject of his complaint. He alleges that prison officials are responsible for the destruction of the missing documents. (Docket No. 12.)

In the interest of justice, the Court will grant Plaintiff a third extension of time of ninety days from the last deadline of August 10, 2011, to file an amended complaint. Accordingly, Plaintiff shall file an amended complaint **no later than November 8, 2011**.

IT IS SO ORDERED.

DATED: 9-20-11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FERDINAND REYNOLDS,

        Plaintiff,

v.

ARTHUR F. MAJOR, et al.,

        Defendants.
        /

Case Number: CV10-05917 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __9/23/11__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ferdinand Reynolds D-11772
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: __9/23/11__

Richard W. Wieking, Clerk
    */s/ Garan*, Deputy Clerk